**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jorge Borge,

Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

Case No: CR 02-136 DSD
Date: November 15, 2004
Court Reporter: None
Tape Number:
Time Commenced: 3:00 p.m.
Time Concluded: 3:12 p.m.
Time in Court: 12 Minutes

## APPEARANCES:

**Plaintiff:** Elizabeth Peterson
Assistant U.S. Attorney

**Defendant:** Andrea George
**X** FPD 9 CJA 9 Retained 9 To be appointed

Interpreter: N/A

Date Charges Filed: November 12, 2004 Offense: Fail to return to Volunteers of America

9 Charges read into record **X** Waived Reading of Charges **X** Advised of Rights

on 9 Indictment 9 Information 9 Complaint Violation of: 9 Pre-trial Release **X** Supervised Release

9 **Charges from other District __________________________________________**

**X** Government moves for detention.
Motion is: **X** granted, temporary detention ordered 9 denied 9 moot, defendant serving sentence.

**Bond set in the amount of $ ____________________ with conditions, see Order Setting Conditions of Release.**

Next appearance date is November 18, 2004 at 10:30 a.m. before U.S. Magistrate Judge J. Earl Cudd for:

**X** detention hrg 9 preliminary hrg 9 arraignment 9 removal hrg **X** preliminary revocation

9Detention hearing waived 9 Preliminary hearing waived 9Removal hearing waived

9 Defendant also arraigned at this hearing, see separate arraignment minutes.
Additional Information: **Final Revocation hearing before Judge Doty on November 30, 2004 at 1:30 p.m.**

s/Joan Flood
Signature of Judicial Assistant