PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jorge Borge**

**Docket No. 0:02CR00136-1(DSD)**

**Amended Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jorge Borge** who was sentenced on June 2, 1999, by the Honorable Lyle E. Strom, U.S. District Judge in the District of Nebraska, sitting in the court at Omaha, Nebraska, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory Drug Testing
Alcohol and Drug Aftercare
Financial Disclosure
Comply with INS
Search of Person, Premise, and Vehicle

On April 30, 2002, jurisdiction was transferred to the District of Minnesota.

On April 4, 2004, the Court modified the conditions of supervised release to include 4 months in a community corrections center.

On July 12, 2004, the Court modified the conditions of supervised release to include 120 days in a community corrections center.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION #8: The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. The defendant shall be afforded work release privileges.

On November 11, 2004, the defendant left the Volunteers of America (VOA) and was expected to return at 5:30 p.m. He failed to return to the VOA and did not contact the VOA regarding his whereabouts. He was terminated as of November 11, 2004.

SCANNED
NOV 1 9 2004

**Additional Violation**:

MANDATORY CONDITION: The defendant shall not commit any federal, state, or local crime.

On November 11, 2004, the defendant was arrested at the Mall of America for Assault, 5th Degree Domestic. On November 12, 2004, he appeared in Hennepin County District Court (Case #04075116) was released with the conditions that he have no contact with the victim, remain law abiding, and make all court appearances.

PRAYING THAT THE COURT WILL ORDER That the Petition dated November 12, 2004, be amended by the addition of the violation noted herein.

**[The rationale for a warrant is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 17TH day of Nov. , 2004, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

Respectfully,

Joan L. White
Joan L. White by DMY
U.S. Probation Officer

Place St. Paul
Date November 16, 2004