IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Jorge Borge,

Defendant.

# COURT MINUTES - CRIMINAL

BEFORE: J. Earl Cudd
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CR 02-136 DSD |
| Date: | November 18, 2004 |
| Court Reporter: | None |
| Tape Number: | 2004-18-687-704 |
| Time Commenced: | 10:35 a.m. |
| Time Concluded: | 10:40 a.m. |
| Time in Court: | 5 Minutes |

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

U **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Elizabeth Peterson
Assistant U.S. Attorney

**Defendant:** Andrea George
U FPD 9 CJA 9 Retained 9 Appointed

Interpreter N/A

On 9 Indictment 9 Information 9 Complaint Violation of 9 **Pre-trial Release** U **Supervised Release**

9 **Charges from other District** ______________________________

U Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $______________________ with conditions, see Order Setting Conditions of Release.

U Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before __________________on____________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Defendant waived detention/preliminary revocation hearings.**
**Final Revocation hearing before Judge David Doty on November 30, 2004 at 1:30 p.m.**

s/Joan Flood
Signature of Judicial Assistant