A0 442 (Rev. 5/93) Warrant for Arrest

FILED UNDER SEAL

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 02-136(1)(DSD)**

0541-1115-0206-D

Jorge Borge

NOV 15 3 40 PM '04

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Jorge Borge
Whereabouts Unknown

and bring him or her forthwith to the nearest Magistrate Judge to answer an order of court charging him or her with:

Violation of Supervised Release; On 11/11/04 deft left for work at 7:30 a.m. and was to return from work at 5:30 p.m. He failed to return to the Volunteers of America and his whereabouts are unknown

Ordered by: David S. Doty, United States District Court Judge.

Betty L. Williams

(By) Betty L. Williams, Deputy Clerk

November 12, 2004 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ____________________ Date of Arrest: ____________________

____________________ ____________________

Name and Title of Arresting Officer Signature of Arresting Officer

ARRESTED ON 11-15-04
ARRESTED BY USMS - Mpls.
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY ____________________

SCANNED

DC Modified 04/06/04