UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CR 02-136 DSD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER OF DETENTION AS TO JORGE BORGE** |
| JORGE BORGE Defendant. | ) | |

This matter came before the Court on November 18, 2004, pursuant to Federal Rule of Criminal Procedure 32.1(b) for a preliminary hearing on a supervised release violation and upon the motion of the United States for an Order of Detention. The detention hearing was requested by the United States pursuant to federal Rule of Criminal procedure 32.1(a)(6) and 18 U.S.C. §3143(a). The defendant, Jorge Borge, was present and represented by his attorney, Andrea George, Assistant Federal Public Defender. The United States was represented by Assistant United States Attorney Elizabeth C. Peterson. Defendant, after consultation with his attorney, waived his right to a preliminary hearing. Further, defendant elected to not contest detention.

With respect to the issue of detention, based upon the evidence before the Court, including the report prepared by U.S. Probation Officer, Joan White, and all files, records and proceedings herein, it is the conclusion of the Court that there has been a clear and convincing showing that no condition or combination of conditions or

release will reasonably assure the safety of the community or the appearance of the defendant at future court proceedings. Accordingly, the motion of the United States will be granted and an Order of Detention will be issued pursuant to 18 U.S.C. § 3142 (a),(e).

FINDINGS OF FACT

1. On November 4, 2001, defendant was released from custody. He served a prison sentence resulting from his conviction for a narcotics conspiracy charge. On April 30, 2002, supervision of defendant was transferred to this District.

2. In March 2004, defendant traveled to Tennessee without permission in violation of his supervised release conditions. As a result, his conditions were modified to include four months in a community corrections center, Shortly thereafter, defendant absconded and was later arrested in Tennessee. The conditions of his supervised release were again modified to include 120 days at the VOA center.

3. On November 11, 2004, defendant left the VOA and failed to return or contact VOA personnel. That same day, defendant was arrested for assaulting his girlfriend at the Mall of America. VOA terminated defendant on November 11, 2004.

DISCUSSION

Under 18 U.S.C. § 3142, detention may be ordered upon a clear and convincing showing that release will result in either a danger to the

community or a serious risk of flight. See United States v. Sazenski, 806 F.2d 846, 848 (8th Cir. 1986). The Court finds that detention is justified under both of these criteria.

The Court concludes that detention is warranted. Defendant is a substantial flight risk in that he has previously failed to comply with his supervision conditions and has absconded from corrections centers. Further, defendant now faces a term of imprisonment if it is determined that he violated his supervised release conditions.

## CONCLUSION

Based upon the evidence presented, the Court concludes that the United States has made a clear and convincing showing that no condition or combination of conditions of bond will reasonably ensure the safety of the community nor defendant's appearance in court. Accordingly,

IT IS HEREBY ORDERED that:

1. The motion of the United States for detention of defendant is GRANTED;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences of being held in custody pending trial;

3. Defendant shall be afforded a reasonable opportunity to consult privately with his lawyer; and

4. Upon Order of the Court or request by the United States Attorney, the person in charge of the corrections facility in which defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with a court proceeding.

Dated: November 23, 2004

s/J. Earl Cudd
J. EARL CUDD
United States Magistrate Judge